IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR15-00267-TUC-RCC(DTF) |
| Plaintiff, | **ORDER** |
| vs. | |
| Federico Gonzalez-Hernandez, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Ferraro (Doc. 35), and no objections filed by the parties thereto,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motion pursuant thereto.

DATED this 7th day of April, 2015.

Raner C. Collins
Chief United States District Judge